Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Terence E. Merritt, | ) |
| Petitioner, | ) |
| vs. | ) Case Number: 18-2305 |
| United States of America, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's conviction and sentence on Count Two of the Indictment in Case No. 06-20067 is VACATED. A resentencing hearing on the remaining count shall be held in Case No. 06-20067   This case is CLOSED.

Dated: December 6, 2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved: /s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge